JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIO JUAREZ                              )     Case No.: CV 15-9781 DSF (JCx)
            Plaintiff,                    )
               v.                         )     JUDGMENT
                            )
THE BANK OF NEW YORK                      )
MELLON, et al.                            )
           Defendants.                   )
_____          )

     The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to motions to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___2/16/16_____          _____
                                                     Dale S. Fischer
                                          United States District Judge